# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL BELL,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3646** |
| | : | |
| **SELF INCORPORATED,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 24th day of October, 2023, upon consideration of Plaintiff Carl Bell's *pro se* Second Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to correct the docket to reflect that ECF No. 7 is a Second Amended Complaint.

2. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                               **BY THE COURT:**

                                               */s/ Chad F. Kenney*

                                               **CHAD F. KENNEY, J.**